IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sampson, Vivian E

Printed: 6/24/08

Case Number: 08 B 04826
Judge: Hollis, Pamela S
Filed: 2/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,100.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 200.07 | 0.00 |
| 3. | Internal Revenue Service | Priority | 105.64 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 1.65 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 30.00 | 0.00 |
| 7. | Central Collection Co | Unsecured | 58.08 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 512.29 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 374.13 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 749.53 | 0.00 |
| 11. | Capital One | Unsecured | 559.14 | 0.00 |
| 12. | Nuvell Credit Company LLC | Unsecured | 18,225.09 | 0.00 |
| 13. | Illinois Dept Of Employment Sec | Unsecured | 1,714.00 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 1,160.43 | 0.00 |
| 15. | AmeriCash Loans, LLC | Unsecured | 2,503.84 | 0.00 |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Austin Anesthesia | Unsecured |  | No Claim Filed |
| 19. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 20. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
| 21. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 22. | Credit Collection | Unsecured |  | No Claim Filed |
| 23. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 24. | Illinois Bone & Joint Institute | Unsecured |  | No Claim Filed |
| 25. | Comcast | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sampson, Vivian E | Case Number: 08 B 04826 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 2/29/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Check Into Cash | Unsecured | | No Claim Filed |
| 27. | Falls Collection Service | Unsecured | | No Claim Filed |
| 28. | CSR Primary Care | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | HSBC | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | QVC | Unsecured | | No Claim Filed |
| 33. | Advance American | Unsecured | | No Claim Filed |
| 34. | North Shore Pathology Consultant | Unsecured | | No Claim Filed |
| 35. | Pay Day Loans | Unsecured | | No Claim Filed |
| 36. | Orchard Bank | Unsecured | | No Claim Filed |
| 37. | GC Services | Unsecured | | No Claim Filed |
| 38. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 39. | Northwest Collectors | Unsecured | | No Claim Filed |
| 40. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,293.89 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ MMack_____